UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEREK RUNION and FLORIDA
CAPITAL ASSETS, LLC,

    Plaintiffs,

v.                                       Case No.:  2:20-cv-718-JLB-KCD

PAUL BERNARD, IBEX ENERGY
INC. and JOHN BIALLAS,

    Defendants.
_____/

## **ORDER**

Before the Court is Defendants' Motion for Writ of Garnishment. (Doc. 70.) Earlier this month, the Court entered a judgment against Plaintiffs (jointly and severally) in the amount of $16,320.50. (Doc. 68.) Defendants now seek to attach financial accounts believed to belong to Plaintiffs.

Federal Rule of Civil Procedure 69 provides that "[a] money judgment is enforced by a writ of execution, unless the court directs otherwise." *Id*. The procedure for writs of execution is governed by state law. *Id*. Florida law provides that a judgment creditor may request the clerk of court to issue a writ of garnishment to satisfy a judgment. Fla. Stat. § 77.01. Florida law also provides that a judgment against a debtor may be levied on tangible or intangible personal property held by a garnishee. *Id*. Defendants have

complied with the statutory prerequisites for obtaining the writ they seek. Thus, the Court will direct the Clerk to issue the proposed writ of garnishment.

Accordingly, it is **ORDERED**:

1. Defendants' Motion for Writ of Garnishment (Doc. 70) is **GRANTED**.

2. The Clerk is directed to issue the proposed writ (Doc. 70-2).

**ENTERED** in Fort Myers, Florida on May 25, 2023.

*[Signature]*
Kyle C. Dudek
United States Magistrate Judge

Copies: All Parties of Record