UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**Derek Runion and Florida**
**Capital Assets, LLC,**
                **Plaintiff,**

v.                                                  Case No.   2:20 -cv-718-FtM
**Paul Bernard, IBEX Energy, Inc.,**
**And John Biallas,**
                **Defendant(s).**
_____/

## RESPONSE TO ORDER TO SHOW CAUSE

NOW COME, Plaintiff's, Derek Runion (Runion), and Florida Capital Assets, LLC (FCA)(jointly "Plaintiff's"), by and through their undersigned attorney and move pursuant to the Order of the Court, to respond to the Order to Show Cause in the above captioned cause, and states as follows:

1. The Plaintiff hereby submits that this Motion is made in good faith, and that there was no intent to forestall the case, nor comply with the local rules as to timing for a response.   This was an oversight that the Plaintiff's counsel is now correcting by this pleading.   The Plaintiff therefore submits that this Court consider this response as the Plaintiff's response to the Order to Show Cause.

2. Additionally, the undersigned was of the opinion based on Defendant's Motion for Entry of Final Garnishment Judgment, and the contents contained therein, that this Honorable Court would sign an Order granting Defendant's relief.

1

3. The Plaintiff agrees the Defendant's Motion should be granted.

4. The Plaintiff attaches as evidence of the same the parties Agreed to Order on Defendant's Motion for Entry of Judgment Against Garnishee Defendant. Attached as Exhibit "A." Order to come in separate cover.

        Respectfully Submitted,

        */S/ ALEX R. STAVROU, ESQ.*

        _____
        ALEX R. STAVROU, ESQUIRE

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished via ECM Filing Only to Counsel for the Defendant, Richard Hollander, Esquire, 5278 Golden Gate Parkway, Suite 2, Naples, Florida 34116, and to Michael Carmona, Esquire, Counsel for Garnishee Wells Fargo, Wells Fargo Bank, N.A., Courthouse Tower, 25th Floor, 44 West Flagler Street, Miami, Florida 33130 and by electronic delivery to the Clerk of the Court for the for the Middle District of Florida, using the CM/ECF system on this 9th day of July, 2023.

*/S/ ALEX R. STAVROU, ESQ.*
_____
ALEX R. STAVROU, ESQUIRE
ALEX R. STAVROU, P.A.
Florida Bar No.: 0108390
13046 Racetrack Road, #333
Tampa, Florida 33626
Phone: (813) 251-1289x1
Fax: (813) 489-2528
Alex@alexstavrou.com
Attorney for Plaintiff

EXHIBIT "A"

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**Derek Runion and Florida**
**Capital Assets, LLC,**
                **Plaintiff,**

**v.**                                                        Case No.   2:20 -cv-718-FtM

**Paul Bernard, IBEX Energy, Inc.,**
**And John Biallas,**
                **Defendant(s).**
_____/

**AGREED ORDER ON DEFENDANTS MOTION FOR ENTRY OF**
**JUDGMENT AGAINST GARNISHEE DEFENDANT**

      This cause coming on to be heard in chambers on Defendants motion for entry of judgment against Wells Fargo Bank, N.A., as Garnishee-Defendant, and the Court having reviewed the record in this proceeding and being fully advised in the premises, finds as follows:

      1.   That on January 31, 2023, a final judgment was entered in the above cause in favor of the Defendants and against the Plaintiffs in the sum of $16,320.50;

      2.   That the judgment is final and non appealable;

      3.   That on May 26, 2023, the Clerk of Court issued a Writ of Garnishment directed to Wells Fargo Bank, NA as Garnishee-Defendant;

      4.   That the Garnishee-Defendant was duly served and filed an answer stating that they are holding sufficient funds due to the Plaintiff Derek Runion to satisfy the judgment in full;

5. That Defendant has expended costs pursuant to the garnishment in the sum of $130.

IT IS HEREBY ORDERED as follows:

1. That the motion of the Defendants for a judgement be and the same is hereby granted;

2. That the Defendants have and recover from Wells Fargo Bank, N.A. the Garnishee-Defendant, sum of $16,320.50 plus costs of $130 for a total judgment of $16,450.50, all for which let execution issue forthwith.   Garnishee, Wells Fargo Bank, N.A., shall make payment to Richard Hollander, Esquire, and mail to Richard Hollander, Esquire, 5278 Golden Gate Parkway, Suite 2, Naples, Florida 34116

3. Wells Fargo Bank, N.A. shall release all remaining funds in the garnished accounts back to the account holders.

DONE and ORDERED in chambers, in Fort Myers, Florida on this   _____ day of July, 2023.

_____
THE HONORABLE JUDGE KYLE DUDEK