UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DEREK RUNION and FLORIDA
CAPITAL ASSETS, LLC,

     Plaintiffs,

v.                          Case No.:  2:20-cv-718-JLB-KCD

PAUL BERNARD, IBEX ENERGY
INC., JOHN BIALLAS and WELLS
FARGO BANK, N.A.,

     Defendants.

_____/

## ORDER

Following final judgment in this case (Doc. 68), Defendants obtained a writ of garnishment directed to Wells Fargo Bank, N.A. (Doc. 72). Wells Fargo responded that it was holding sufficient funds due to Plaintiff Derek Runion to satisfy the judgment. (Doc. 74.) Defendants now move a final garnishment judgment in the amount of $16,450.50. (Doc. 75.) Plaintiffs agree to the relief sought. (*See* Doc. 78.) Accordingly, it is hereby **ORDERED**:

1.    Defendants' motion for a garnishment (Doc. 75) judgment is **GRANTED** under the terms below.

2.    Defendants are entitled to the sum of $16,320.50 plus costs of $130, for a total judgment of $16,450.50 from Wells Fargo.

3.     Wells Fargo, as garnishee, shall make payment to Richard Hollander, Esquire, and mail to Richard Hollander, Esquire, 5278 Golden Gate Parkway, Suite 2, Naples, Florida 34116.

4.     Wells Fargo shall release all remaining funds in the garnished accounts, except for any statutory fees or setoffs reflected in Wells Fargo's answer (Doc. 74), back to the account holder.

5.     Considering the relief above, Plaintiffs' Motion for Miscellaneous Relief (Doc. 78) is **DENIED AS MOOT**.

**ENTERED** in Fort Myers, Florida this July 14, 2023.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record